**Order entered September 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00394-CV**

**JEFFERY PAUL WALTON, Appellant**

**V.**

**KAY FRANCES WALTON, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-20-00449**

**ORDER**

Before the Court is appellant's September 2, 2021 motion to supplement the record. We **GRANT** the motion. We **ORDER** Court Reporter Deborah Slovak to file, by **September 23, 2021**, the reporter's record of the December 8, 2020 hearing on the protective order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Slovak and all parties.

/s/     KEN MOLBERG
        JUSTICE